# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APREA II Limited Partnership, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-01687-GMN-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAW OFFICE OF JACOB HAFTER, *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #4) entered September 28, 2010, regarding removal of this case to federal district court. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., November 16, 2010,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 2nd day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge