# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

APREA II LIMITED PARTNERSHIP,

             Plaintiff,              Case No. 2:10-cv-01687-GMN-PAL

vs.                                       **ORDER**

LAW OFFICE OF JACOB HAFTER, *et al.*,

             Defendants.

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #4) entered September 28, 2010, regarding removal of this case to federal district court. On November 3, 2010, Defendants filed a signed Statement (Dkt. #12) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., November 19, 2010,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 5th day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge